AO91 (Rev. 12/03)  Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

**FILED**

August 26, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __MG CIENEGA__
DEPUTY

**UNITED STATES OF AMERICA**
**vs.**

Danny Bryan CUMMINGS

**CRIMINAL COMPLAINT**

Case Number:

## DR:24-M-2359

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ___August 22, 2024___ in ___Val Verde___ County, in

the ___Western District Of Texas___ defendant(s),

conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(v)(I)___

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On this day August 22nd, 2024 Border patrol agents witnessed a green in color Honda CR-V fail to present itself for inspection by turning around prior to presentation at the Del Rio, TX checkpoint on Farm Road 2523. Border patrol agents activated their emergency lights, pursued and pulled this vehicle over. then noticing what appeared to be an adult and child laying down in the cargo area of the vehicle, two subjects in the rear passenger seats and the driver (later identified as Danny Bryan Cummings DOB: 05/26/1972 COC: USC). After a brief interview it was determined that all four passengers of the defendants vehicle were determined to be illegally present in the United States without proper documentation to remain legally and citizens of Mexico. Two firearms and ammunition were additionally recovered during the failed alien smuggling attempt. In a post-Miranda statement, the defendant admitted to conspiring with other unknown subjects to transport known illegal aliens further into the United States for monetary gain.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____
Signature of Complainant

Leach-Jr, William
Printed Name of Complainant

Sworn to before me and signed in my presence,

__August 26, 2024__                                   at   __Del Rio, Texas__
Date                                                       City/State

__Joseph Cordova__   __U.S. Magistrate Judge__
Name of Judge          Title of Judge

_____
Signature of Judge